U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED



JUN 3 0 2017

TONY R. MOORE, CLERK
BY: /MB
   DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JACK VENTON VENABLE, JR. and WILLIAM AGUIRRE, individually and on behalf of all others similarly situated | CIVIL ACTION NO. 6:16-cv-00241 |
| VERSUS | JUDGE DRELL |
| SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.) f/k/a SMITH INTERNATIONAL, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendant's motion for partial summary judgment (Rec. Doc. 17) is GRANTED IN PART and DENIED IN PART, with the motion granted to the extent that plaintiff William Aguirre has waived his right to participate in this collective action but denied in all other respects; and

IT IS FURTHER ORDERED that Mr. Aguirre's claim is severed from the other claims asserted in this lawsuit, the Clerk of Court shall assign a separate civil action

number to Mr. Aguirre's individual claim, and it shall proceed as an individual action by him against the defendant.

Signed at Alexandria, Louisiana, this 29th day of June, 2017.

_____
DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT